# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE



UNITED STATES OF AMERICA

v.

MATTHEW PODLASKI

No. 1: 23-cr- 00101 - LEW

## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Date: September 13, 2023

/s/ Chris Ruge
Assistant U.S. Attorney